HAROLD ROGERS, Appellant, *v.* UNITED NEW YORK SANDY HOOK PILOTS ASSOCIATION et al., Respondents.

(Argued October 19, 1936; decided November 17, 1936.)

*Robert E. Whalen* for appellant.

*Thomas A. Shaw, Jay S. Jones* and *Edward J. Fanning* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.